

## NUMBER 13-25-00288-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

KEVIN EUGENE JONES,                                            Appellant,

v.

THE STATE OF TEXAS,                                            Appellee.

### ON APPEAL FROM THE 36TH DISTRICT COURT
### OF ARANSAS COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and West**
**Memorandum Opinion by Justice Silva**

Appellant filed a notice of appeal attempting to appeal a judgment of conviction in trial court cause number A-21-5040-CR. We now dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, the trial court has certified that appellant "waived the right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). On September 2, 2025, we

ordered appellant's counsel to review the record and determine whether appellant had a right to appeal. On October 3, 2025, appellant's counsel filed a response concluding that appellant did not retain the right to appeal his judgment in this case.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id.* R. 25.2(d), 37.1, 44.3. Accordingly, this case is dismissed for want of jurisdiction.

CLARISSA SILVA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
30th day of October, 2025.

2